UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MACKENZIE, | 1:17-cv-01623-JLT (HC) |
| Petitioner, | |
| v. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| JEFF SESSIONS, | |
| Respondent. | |

Petitioner is a civil detainee proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his petition on December 1, 2017. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **December 8, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1