UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MACKENZIE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFF SESSIONS,<br><br>　　　　Respondent. | No. 1:17-cv-01623-JLT (HC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER<br><br>[Doc. #5] |

On December 12, 2017, the Court issued a Scheduling Order which required the respondent to submit a notice of appearance within twenty days and a response to the petition within sixty days. Over sixty days have passed and Respondent has not complied with either order.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Accordingly, within twenty-one days Respondent **SHALL** show cause in writing sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

　　Dated: __**February 27, 2018**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1